IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BREON POWELL,** | : | **Civil No. 4:21-cv-1642** |
| Petitioner, | : | |
| v. | : | |
| **DUANE BLACK,** | : | |
| Respondent | : | **Judge Sylvia H. Rambo** |

## O R D E R

**AND NOW**, this 23rd day of November, 2021, upon consideration of Magistrate Judge Arbuckle's Report and Recommendation (Doc. 8), wherein he recommends that this matter be transferred because the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 raises matters which relate entirely to a state conviction and sentence imposed by a court located within the territorial jurisdiction of the United States Court for the Eastern District of Pennsylvania, *see* 28 U.S.C. § 118(a), and further upon noting that no objections to the Report and Recommendation have been filed, and the court having satisfied itself that there is no clear error on the face of the record, *see* FED. R. CIV. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (citation omitted), it is **HEREBY ORDERED** as follows:

1) The Report and Recommendation (Doc. 8) is **ADOPTED**; and

2) The Clerk of Court is **DIRECTED** to transfer this case to the United States District Court of the Eastern District of Pennsylvania for further proceedings.

                                              s/Sylvia H. Rambo
                                              Sylvia H. Rambo
                                              United States District Judge